■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIKI SHELTON, Also Known as KERRY LEE SHELTON, Appellant. [595 NYS2d 343] —Judgment unanimously affirmed. Memorandum: Defendant was stopped by police officers in an area known for criminal activity after he was seen engaging in what the officers suspected was a drug transaction. Upon patting down defendant, one of the officers pulled a loaded revolver from defendant's pocket. Supreme Court properly found that the stop and frisk of defendant and the ensuing seizure of evidence were lawful (see, CPL 140.50 [3]; *Terry v Ohio,* 392 US 1; *People v Benjamin,* 51 NY2d 267; *People v Rivera,* 14 NY2d 441, *cert denied* 379 US 978). (Appeal from Judgment of Supreme Court, Erie County, Forma, J.—Criminal Possession Weapon, 3rd Degree.) Present—Denman, P. J., Green, Balio, Fallon and Boehm, JJ.